UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILSON,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JAMES TILTON, Secretary of CA; et al.,<br><br>Defendants - Appellees. | No. 06-16943<br>D.C. No. CV-06-01031-LKK EFB P<br><br>**ORDER** |

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [✓]

Explanation: Meritless state law based property claim

_____ Judge
United States District Court

Date: 11/8/04